NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3234

DON JUAN GRAHAM,

Petitioner,

v.

COMMODITY FUTURES TRADING COMMISSION,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC0752060238-I-2.

## ORDER

Don Juan Graham notifies the court that he has returned from active military service and requests that the court "restart the proceedings." The court treats Graham's submission as a request to lift the stay of briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of briefing is lifted. Graham's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

FEB 25 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2009

JAN HORBALY
CLERK

cc: Don Juan Graham (pro se guide and informal brief form enclosed)
Lauren S. Moore, Esq.

s17